AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

HECTOR SOTO

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 06-151M

I, HECTOR SOTO, charged in a (complaint) (petition) pending in this District with RE-ENTRY AFTER DEPORTATION in violation of Title 8, U.S.C., 1326(a), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Hector Soto
Defendant

[signature]
Counsel for Defendant

December 12, 2006
Date

FILED
DEC 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE