# United States District Court

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

HECTOR SOTO
Defendant

ORDER OF ~~TEMPORARY~~ DETENTION ~~PENDING HEARING PURSUANT TO BAIL REFORM ACT~~

Case Number: 06-151M

Upon motion of the **Government**, it is ORDERED that a **Preliminary Hearing and Detention Hearing** ~~is set for~~ *has been waived with consent of defendant* at _____
                                                              Date                                         Time

~~before~~ ~~HONORABLE MARY PAT THYNGE, UNITED STATES MAGISTRATE JUDGE~~
Name of Judicial Officer

~~COURTROOM #6C, 6TH FLOOR, BOGGS FEDERAL BLDG., 844 KING ST., WILMINGTON, DE~~
Location of Judicial Officer

*Barrett,* ~~Pending this hearing~~, the defendant shall be held in custody by (the United States Marshal) (_____)
                                                Other Custodial Official

and produced ~~for the hearing~~ *when required or upon further order of this Court*.

_December 12, 2006_
Date

_[signature]_
Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

FILED
DEC 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE