IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-140 |
| HECTOR SOTO, | : | |
| Defendant. | : | |



### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about December 10, 2006, in New Castle County, in the State and District of Delaware, Hector Soto, defendant herein, an alien and a citizen of the Dominican Republic who had been removed from the United States on or about April 20, 2005, was found in the United States, and the defendant was knowingly in the United States unlawfully, and prior to the defendant's reembarkation at a place outside of the United States, neither the Attorney General nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's reapplying for admission, all in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Sophie E. Bryan
Assistant United States Attorney

Dated: December 14, 2006