IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 06-140 (GMS) |
| | ) | |
| HECTOR SOTO | ) | |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that the court will hold a scheduling conference regarding the above-captioned case, in chambers, on **Tuesday, April 17, 2007, at 9:30 a.m.**


Dated: March 28, 2007 /s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE