IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-140-GMS |
| | : | |
| HECTOR SOTO, | : | |
| | : | |
| Defendant. | : | |

# NOTICE OF APPEAL

Notice is hereby given that Hector Soto, Defendant, by and through his undersigned attorney, Edson A. Bostic, Federal Public Defender for the District of Delaware, hereby appeals to the United States Court of Appeals for the Third Circuit, from the Judgment entered by the Honorable Gregory M. Sleet on August 9, 2007, in the United States District Court for the District of Delaware.

/s/Edson A. Bostic
EDSON A. BOSTIC
Federal Public Defender
District of Delaware
704 King Street, Suite 110
Wilmington, DE 19801
(302) 573-6010
Email: ecf_de@msn.com
Attorney for Defendant Hector Soto

Dated: August 10, 2007